UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SAMUEL McNEIL, ) | Case No. CV 09-5730 GHK (AJW) |
| ) | |
| Plaintiff, ) | |
| ) | ORDER ADOPTING REPORT |
| v. ) | AND RECOMMENDATION OF |
| ) | MAGISTRATE JUDGE |
| USPS, MSPB, EEO OFFICE, APWU64, ) | |
| NLRB, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, the attached Report and Recommendation of Magistrate Judge ("Report"), and the objections thereto. Good cause appearing, the Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

**IT IS SO ORDERED**.

DATED:  8/22  , 2010

_____
GEORGE H. KING
United States District Judge