UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SAMUEL MCNEIL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> USPS, MSPB, EEO OFFICE, APWU 64, ) <br> NLRB, ) <br> ) <br> Defendants. ) | No. CV 09-5730 GHK (AJW) <br><br> J U D G M E N T |

**IT IS ADJUDGED THAT:** (1) plaintiff's claims against the United States Postal Service, National Labor Relations Board, and American Postal Workers Union Local 64 under the National Labor Relations Act for unfair labor practices be dismissed without prejudice for lack of subject matter jurisdiction; (2) plaintiff's federal constitutional and statutory claims against the United States Postal Service and the Merit Systems Protection Board be dismissed with prejudice pursuant to the doctrines of issue preclusion and claim preclusion; (3) plaintiff's claims against the "EEO, Equal Economic Opportunity Office" be dismissed with prejudice for failure to state a claim; (4) plaintiff's claims against the Office of Personnel Management arising from his retirement benefits computation be dismissed without prejudice for lack of subject matter jurisdiction; and (5) plaintiff's mail fraud claims against the Office of Personnel Management be dismissed with prejudice for failure to state a claim.

DATE: ____8/22____, 2010

_____
GEORGE H. KING
United States District Judge